# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 14-10122
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
November 12, 2014
Lyle W. Cayce
Clerk

D.C. Docket No. 4:13-CR-134-1 - A

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

ROBERTO VASQUEZ,

Defendant - Appellant



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 10 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

Before KING, JOLLY, and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: 0 4 DEC 2014

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

0 4 DEC 2014

New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 04, 2014

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 14-10122    USA v. Roberto Vasquez
                           USDC No. 4:13-CR-134-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shawn D. Henderson, Deputy Clerk
                              504-310-7668

cc w/encl:
    Mr. Peter Michael Fleury
    Mr. James Wesley Hendrix
    Honorable John H. McBryde
    Mr. Kevin Joel Page
    Mr. Brian W. Portugal
    Mr. James Michael Worley Sr.

P.S. to Judge McBryde: A copy of the opinion was sent to your office via email the day it was filed.